# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| PARDEEP SINGH,<br><br>Petitioner,<br><br>v.<br><br>THOMAS GILES et al.,<br><br>Respondents. | No. ED CV 19-02226-PSG (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Respondent's Motion to Dismiss,

IT IS ADJUDGED that the Petition is dismissed, and this action is dismissed with prejudice.

Date: April 22, 2020

_____
PHILIP S. GUTIERREZ
United States District Judge

1